IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00277-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SALAS-ROCHA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Notice of Disposition and Motion Requesting Change of Plea Hearing [Docket No. 8] filed on June 1, 2010. Counsel shall jointly contact Chambers via conference call (303-335-2794) no later than **Friday, June 4, 2010** to schedule the change of plea hearing.

    DATED June 1, 2010.